Motion GRANTED.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MARK McDONALD,** | ) | |
| **NANETTE McDONALD, and** | ) | |
| **MADELEINE McDONALD,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | No. 3:25-cv-1301 |
| | ) | |
| **CITY OF OAK HILL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S SECOND/REFILED MOTION TO AMEND ANSWER

The Defendant, the City of Oak Hill, Tennessee, pursuant to Fed. R. Civ. P. 15(a), hereby refiles its motion (Doc. 27) to amend its Answer (Doc. 12) and, in support of its refiled motion, states as follows:

1. Previously in this litigation, the Plaintiffs raised issues with the Defendant's Answer in certain of their filings

2. Among the issues raised by the Plaintiffs were that the Defendant stated in its Answer that a particular document or statute "speaks for itself" and that an allegation called for "a legal conclusion." Plaintiffs also took issue with certain responses that disclaimed sufficient knowledge to admit or deny an allegation of the Complaint.

3. In keeping with case law reviewed in formulating its response, the Defendant offered to amend its Answer and filed a motion in that regard. The motion sought three weeks to submit a proposed Amended Answer, explaining that significant legal research and review would be necessary.

1